UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:13-cr-00058-4

**United States of America**

v.

**Krystal Leeann Woods**

### ORDER

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). Judge Love held a final revocation hearing on November 17, 2023, and issued a report and recommendation recommending that the defendant's term of supervised release should be revoked. Defendant waived her right to object to the report, agreed to the revocation of her supervised release, agreed to the sentence below, and waived her right to be present for sentencing. Doc. 271.

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court orders that the defendant be sentenced to a period of six months imprisonment, to be served consecutively to the state court sentence imposed in cause number 19605, 115th District Court, Upshur County, Texas with no supervised release to follow.

*So ordered by the court on December 1, 2023.*

J. CAMPBELL BARKER
United States District Judge